ARTHUR D. SKALAK AND BERNICE M. SKALAK, APPELLEES, V.
JAMES J. WALKER AND RUTH ANN WALKER, APPELLANTS.
456 N.W.2d 109

Filed June 8, 1990.   No. 88-159.

Robert V. Dwyer, Jr., and Richard D. Cimino, of Dwyer,
Pohren, Wood, Heavey & Grimm, for appellants.

Richard F. Norris for appellees.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN,
GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.
Upon consideration of the record, briefs, and
recommendation of the Appellate Division of the District
Court, we find that the evidence supports a judgment in favor
of the plaintiffs for misrepresentation, but that because of a
failure of proof and error of law, the judgment of the district
court is reversed with directions to reverse and remand the
cause to the county court for a new trial on the issue of
damages.

REVERSED AND REMANDED FOR A NEW
TRIAL ON THE ISSUE OF DAMAGES.